## Commonwealth *v.* Rink (No. 2).

Argued March 3, 1919. Appeal, No. 35, March Term, 1919, from judgment of Q. S. Luzerne County, Sept. Sess., 1918, No. 441, on verdict of guilty in case of Commonwealth v. E. C. Rink. Before ORLADY, P. J., PORTER, TREXLER, WILLIAMS and KELLER, JJ. Affirmed.

Indictment for violating Section 54 of Act of March 11, 1909, P. L. 19. Before WOODWARD, J.

At the trial the defendant was convicted of the offense charged in the indictment. He subsequently moved in arrest of judgment on the ground that the act under which he was convicted was unconstitutional. The court overruled the motion and passed judgment of sentence on the defendant. Defendant appealed.

*Error assigned* was the order of the court.

*Frank A. McGuigan,* for appellant.

*Frank P. Slattery,* District Attorney, and with him *A. L. Turner,* Assistant District Attorney, for appellee.

OPINION BY WILLIAMS, J., April 21, 1919:

For the reasons given in Com. v. Clara Rink, 71 Pa. Superior Ct. 579, the judgment is affirmed and it is ordered that the defendant appear in the court below at such time as he may be there called and that he be by that court committed until he has complied with the sentence or any part of it which has not been performed at the time this appeal was made a supersedeas.